RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email:  rlc@randolphlaw.net
        wmotooka@randolphlaw.net

Attorneys for Defendants

STEWART KATZ, SBN 127425
LAW OFFICES OF STEWART KATZ
555 University Ave., Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678

LUIS A. CESPEDES, SBN 97264
LAW OFFICES OF LUIS A. CESPEDES
719 11th Street,
Sacramento, California 95814
Telephone: (916) 443-8465

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70), and DOES 1 through 25, <br><br> Defendants. | No.: 2:11-cv-03317 TLN CKD <br><br> **STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUTOFF DEADLINE; PROPOSED ORDER THEREON** |

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO CONTINUE DISCOVERY; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

1

IT IS HEREBY STIPULATED by the parties through their counsel of record that the non-expert discovery deadline of June 26, 2013, as set by the Court in its Status (Pretrial Scheduling) Order of 10/11/12 (Dkt #21), be continued to July 26, 2013.  Good causes exists for this extension because the individual at the Sheriff's Department in charge of assisting defense counsel with discovery matters is on a medical leave and additional time is needed for interim personnel to locate and assist in preparation of Sheriff's Department personnel for deposition.

DATE:  June 11, 2013        LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorneys for Plaintiffs JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually

DATE:  June 13, 2013        RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70)

**ORDER**

IT IS SO ORDERED.  The deadline for non-expert discovery is extended from June 26, 2013 to July 26, 2013.

DATED: July 12, 2013

Troy L. Nunley
United States District Judge

STIPULATION TO CONTINUE DISCOVERY; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

2

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443