RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124
Email:  rlc@randolphlaw.net
        wmotooka@randolphlaw.net

Attorneys for Defendants

STEWART KATZ, SBN 127425
LAW OFFICES OF STEWART KATZ
555 University Ave., Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678

LUIS A. CESPEDES, SBN 97264
LAW OFFICES OF LUIS A. CESPEDES
719 11th Street,
Sacramento, California 95814
Telephone: (916) 443-8465

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70), and DOES 1 through 25,<br><br>Defendants. | No.:  2:11-cv-03317 TLN CKD<br><br>**STIPULATION TO EXTEND DEADLINE TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER THEREON** |

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO EXTEND DEADLINE TO HEAR
MSJ; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

1

IT IS HEREBY STIPULATED by the parties through their counsel of record that the deadline to hear Defendants' motion for summary judgment, as set by the Court in its Status (Pretrial Scheduling) Order of 10/11/12 (Dkt #21), be extended by 30 days from February 11, 2014 to March 13, 2014.

Good cause exists for this extension because the parties are currently engaged in settlement negotiations, are close to resolving the matter, and need the additional time to finalize a settlement. In the event the case does not settle, the issues to be entertained in a summary judgment motion will be pared down from those to be considered if the motion were filed at the present time.

DATE: December 23, 2013            LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorneys for Plaintiffs JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually

DATE: December 23, 2013            RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70)

///

///

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION TO EXTEND DEADLINE TO HEAR MSJ; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

2

**ORDER**

IT IS SO ORDERED.  The deadline for hearing Defendants' motion for summary judgment is extended from February 11, 2014 to March 13, 2014.

Dated: December 27, 2013

_____
Troy L. Nunley
United States District Judge

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION TO EXTEND DEADLINE TO HEAR MSJ; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

3