1  RANDOLPH CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  WENDY MOTOOKA, SBN 233589
   1030 G Street
3  Sacramento, CA 95814
   Phone: 916.443-4443
4  Fax:  916.443-2124
   Email:  rlc@randolphlaw.net
5          wmotooka@randolphlaw.net

6  Attorneys for Defendants COUNTY OF
   SACRAMENTO and SACRAMENTO COUNTY
7  SHERIFF'S DEPARTMENT DEPUTY JEFFREY
   MORACE (BADGE #70)
8
                   **UNITED STATES DISTRICT COURT**
9
                   **EASTERN DISTRICT OF CALIFORNIA**
10

11 | JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually, | No.: 2:11-cv-03317 TLN CKD |
   |---|---|
   | Plaintiffs, | **STIPULATION OF DISMISSAL; ORDER THEREON** |
   | vs. | |
   | COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70), and DOES 1 through 25, | |
   | Defendants. | |

        IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that Plaintiffs MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually, dismiss with prejudice pursuant to FRCP 41(a)(1) their claims against Defendants in the above-captioned action.  Each party is to bear its own costs and attorneys' fees.

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD                    1

The claims of Plaintiff JUAN RAFAEL GARCIA against Defendants remain.

DATE: December 30, 2013         LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ, SBN 127425
Attorneys for Plaintiffs JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually

LAW OFFICES OF LUIS A. CESPEDES

/s/ Luis A. Cespedes
LUIS A. CESPEDES, SBN 97264
Attorneys for Plaintiffs JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem, Francisco Garcia); NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually

DATE: December 30, 2013         RANDOLPH CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT DEPUTY JEFFREY MORACE (BADGE #70)

**ORDER**

IT IS SO ORDERED.

DATED: January 3, 2014

_____
Troy L. Nunley
United States District Judge

1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-03317 TLN CKD

2