**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**LAW OFFICES OF LUIS A. CESPEDES**
Luis A. Cespedes, State Bar #97264
719 11th Street
Sacramento, California 95814
Telephone: (916) 443-8465

Attorneys for Plaintiffs
JUAN RAFAEL GARCIA; MARIA GARCIA;
NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA
(minors through their grandfather and guardian ad litem Francisco Garcia);
NATALY GARCIA, Individually; YAMILET GARCIA, Individually;
and OSWALDO GARCIA, Individually

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAFAEL GARCIA; MARIA GARCIA; NATALY GARCIA, YAMILET GARCIA and OSWALDO GARCIA (minors through their grandfather and guardian ad litem Francisco Garcia);  NATALY GARCIA, Individually; YAMILET GARCIA, Individually; and OSWALDO GARCIA, Individually, | No.: 2:11-cv-03317-TLN CKD |
| | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| Plaintiffs, | |
| vs. | |
| COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Deputy  JEFFREY MORACE (Badge # 70), and Does 1 thru 25, | |
| Defendants. | |
| _____/ | |

1    IT IS HEREBY STIPULATED by and between the parties to this action through

2  their attorneys of record that Plaintiff JUAN RAFAEL dismiss with prejudice pursuant to

3  FRCP 41(a)(1) his claims against Defendants in the above-captioned action. Each party is

4  to bear its own costs and attorneys' fees.

5

6  Dated: April 10, 2014                          /s/ Stewart Katz
                                                   STEWART KATZ,
7                                                  Attorneys for Plaintiffs JUAN RAFAEL
                                                   GARCIA; MARIA GARCIA;
8                                                  NATALY GARCIA, YAMILET GARCIA
                                                   and OSWALDO GARCIA (minors through
9                                                  their grandfather and guardian ad litem
10                                                 Francisco Garcia); NATALY GARCIA,
                                                   Individually; YAMILET GARCIA,
11                                                 Individually; and OSWALDO GARCIA,
                                                   Individually
12

13 Dated: April 10, 2014                          /s/ Luis  A. Cespedes
                                                   LUIS A. CESPEDES
14                                                 Attorneys for PlaintiffsJUAN RAFAEL
                                                   GARCIA; MARIA GARCIA;
15                                                 NATALY GARCIA, YAMILET GARCIA
16                                                 and OSWALDO GARCIA (minors through
                                                   their grandfather and guardian ad litem
17                                                 Francisco Garcia); NATALY GARCIA,
                                                   Individually; YAMILET GARCIA,
18                                                 Individually; and OSWALDO GARCIA,
19                                                 Individually

20 Dated: April 10, 2014                          /s/ Robert L. Chalfant
                                                   ROBERT L. CHALFANT
21                                                 Attorneys for Defendants COUNTY OF
                                                   SACRAMENTO and SACRAMENTO
22                                                 COUNTY SHERIFF'S DEPARTMENT
                                                   DEPUTY JEFFREY MORACE (BADGE
23                                                 #70)
24

25 ///

26 ///

27 ///

28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER                                    2

1

**ORDER DISMISSING ACTION**

2

3      **IT IS SO ORDERED.**   This action against Defendants COUNTY OF

4   SACRAMENTO and Sacramento County Sheriff's Department Deputy JEFFREY

5   MORACE (Badge # 70), is dismissed with prejudice. Each party is to bear its own costs

6   and attorneys' fees.

7

8   Dated: _____      _____

9                                     TROY L. NUNLEY
                                      UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28